Franklin ASHLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65094.

Missouri Court of Appeals, Western District.

June 6, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 2006.

Franklin Ashley, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Attorney General, joins on the briefs, Jefferson City, MO for Respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

**Order**

PER CURIAM.

Franklin Ashley appeals the denial of his motion for DNA testing under section 547.035. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).